IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Andy Phan,

Plaintiff,

v.

U.S. Bank National Association,

Defendant.

Case No. 01-CV-2077 JRT/SRN

**JOINT MOTION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULE**

---

Pursuant to Local Rule 16.3, the parties hereby jointly move for modification of the pretrial scheduling order in this matter for the limited purpose of extending the expert disclosure deadlines. The current deadlines for expert disclosures under Fed. R. Civ. P. 26(a)(2)(A) and (B) are August 15, 2002 (Plaintiff); September 16, 2002 (Defendant) and October 15, 2002 (rebuttal).

The parties have just completed a number of depositions and seek a brief one-month extension of time in order to prepare expert disclosures. Significantly, this slight extension in expert deadlines will not alter the discovery deadline, which is currently set for December 31, 2002, or any other date in the Pretrial Scheduling Order.

Accordingly, the parties move that the Pretrial Scheduling Order be amended as follows:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A), and full disclosure of expert testimony required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff on or before **September 16, 2002.**

   b. By Defendant on or before **October 16, 2002.**

   c. Rebuttal on or before **November 18, 2002.**

FILED AUG 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

Dated: August 19, 2002

By: ____________________
Richard T. Wylie, Esq. (#11912X)
701 Fourth Avenue South, Suite 500
Minneapolis, MN 55415

**ATTORNEY FOR PLAINTIFF**

Dated: August 16, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ____________________
Patricia A. Bloodgood, #157673
Susan E. Ellingstad, #243346
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

After having reviewed all of the files, records, and proceedings herein, the Court makes the following amendments to the Pretrial Scheduling Order dated March 4, 2002:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

a. By Plaintiff on or before **September 16, 2002.**

b. By Defendant on or before **October 16 2002.**

c. Rebuttal on or before **November 18, 2002.**

DATED: August 20, 2002

BY THE COURT:

Susan Richard Nelson

Honorable Susan Richard Nelson
United States Magistrate Judge