IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Andy Phan,

Plaintiff,

v.

U.S. Bank National Association,

Defendant.

Case No. 01-CV-2077 JRT/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties thereto, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits and with prejudice but without cost to any party.

Dated: October 18, 2002

By: ______________________
Richard T. Wylie (#11912X)
701 Fourth Avenue South, Suite 500
Minneapolis, MN 55415
Telephone: (612) 337-9581

**ATTORNEY FOR PLAINTIFF**

Dated: October 18, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
Patricia A. Bloodgood (#157673)
Susan E. Ellingstad (#243346)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

309183- 1

**ORDER**

Based upon the foregoing Stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above-entitled claim, brought by Plaintiff Andy Phan against U.S. Bank National Association, including all claims which were or could have been asserted therein, shall be, and hereby is, dismissed on its merits and with prejudice but without cost to any party. The Clerk of this Court is hereby directed to enter a judgment dismissing said action accordingly.

Dated: October 24, 2002

BY THE COURT:

John R. Tunheim

Honorable John M. Tunheim
United Stated District Court Judge
R.